[No. 40866-6-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD GENE HOSKIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-01562-8, Deborah Fleck, J., entered June 19, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41064-4-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. HENDRICKS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00035-6, Joseph A. Thibodeau, J., entered August 5, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41068-7-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. F.I., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-01838-4, Deborah Fleck, J., entered July 30, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41136-5-I.    Division One.    July 13, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA DEWAYNE FRANCIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-00388-3, Anthony P. Wartnik, J., entered July 16, 1997. *Affirmed* by unpublished per curiam opinion.